1220

No. 10–802. MINER, AKA ARCISZEWSKA v. HOLDER, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 10–805. TU MY TONG v. RONE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–806. VARGAS v. WUGHALTER ET AL. C. A. 2d Cir. Certiorari denied. ▐

No. 10–811. DAY ET AL. v. APOLIONA ET AL.; and
No. 10–825. MARUMOTO v. DAY ET AL. C. A. 9th Cir. Certiorari denied. ▐

No. 10–812. DOMNITZ v. REESE ET AL. Sup. Ct. Nev. Certiorari denied. ▐

No. 10–813. MIRAYES v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–815. SCHNELLER v. ZONING HEARING BOARD OF RADNOR TOWNSHIP; and SCHNELLER v. RADNOR TOWNSHIP BOARD OF COMMISSIONERS. Commw. Ct. Pa. Certiorari denied. ▐

No. 10–816. DEHENRE v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. ▐

No. 10–817. PARISH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–819. TAYLOR v. HALE ET AL. C. A. 5th Cir. Certiorari denied. ▐

No. 10–820. SCHAIN ET AL. v. SCHMIDT ET AL. C. A. 2d Cir. Certiorari denied. ▐

No. 10–823. WENETA v. WRIGHT, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 10–824. WOODRUFF v. GRUNDMANN, CHAIRMAN, MERIT SYSTEMS PROTECTION BOARD. C. A. D. C. Cir. Certiorari denied. ▐

No. 10–829. STEVEN I. ET AL. v. CENTRAL BUCKS SCHOOL DISTRICT. C. A. 3d Cir. Certiorari denied. ▐